## Exhibit A to the Complaint

**Location:** Cedar Park, TX  **IP Address:** 66.68.184.230
**Total Works Infringed:** 27  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 042BE645AF073E4B42D4B755C149B1668BA13E1E<br>File Hash:<br>1FE838DE79A8D1DD87707A63B0561E746972E24F47321A71A21CAADCC437617C | 10-09-2023 05:28:28 | Tushy | 10-08-2023 | 10-18-2023 | PA0002435597 |
| 2 | Info Hash: 2B430916299700B61F51CB051FB66EDD95AD051E<br>File Hash:<br>0E68D56476948E46D6D72655E80C30FD15E6DA95F618DBDD7458DCF3B25E5B3D | 09-29-2023 09:04:22 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 3 | Info Hash: 2E3A223434A89130D1010851F0A380DF6C355913<br>File Hash:<br>D465FD7EA41AF97A2F24B8884FAAF3150C27F7CCFE33F7F9624CB0B307CAC767 | 09-25-2023 08:47:25 | Tushy | 09-24-2023 | 10-18-2023 | PA0002435287 |
| 4 | Info Hash: 14F7412F990D2013FFFBD07D844BF522F9D444E4<br>File Hash:<br>96E0400A9E1B61AC4866757C494B5EC82712504053E62E31F84C94F5AC886DFC | 09-23-2023 09:42:25 | Vixen | 09-22-2023 | 10-18-2023 | PA0002435594 |
| 5 | Info Hash: 645E7A41FD7147C75DDC62E812934FE6591478C6<br>File Hash:<br>152B0135811DFB7925AE78733DE158ABC40E9414238438EDE9AD54D99202BCBC | 09-17-2023 09:31:36 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |
| 6 | Info Hash: 80A8F6C6631664E757EED76279A96D988F7E08D3<br>File Hash:<br>CF7AF0518596A7C93B33FC7DAE4A6A36F289FC676759959F6F9BFC5E61378EDD | 09-11-2023 04:56:58 | Tushy | 09-10-2023 | 09-17-2023 | PA0002430910 |
| 7 | Info Hash: 17EC21CF305DA90A9C7DA281F68FE347BCC7F894<br>File Hash:<br>55DE8DE162F5B3205D3EF5C17E909270AB96B28D09A55161D7717F0F12093CCA | 09-09-2023 08:38:00 | Tushy | 09-03-2023 | 09-17-2023 | PA0002430895 |
| 8 | Info Hash: 420B7E0A85C073CB348BF87076B126D22B4444EA<br>File Hash:<br>6098ADD8C0356735CEAC5944699B3DA11A16DB7840E6BD402B9C5828D6965245 | 09-09-2023 06:07:16 | Vixen | 09-01-2023 | 09-18-2023 | PA0002431078 |
| 9 | Info Hash: 2F8E27CE6E1503FEB44843490EBA66D9983F38E2<br>File Hash:<br>EB880B52578418D079D7C032EABCCEC624A2681954FF14C1943D187D24ED267C | 09-09-2023 05:27:26 | TushyRaw | 09-06-2023 | 09-18-2023 | PA0002430907 |
| 10 | Info Hash: F6F410BD6C4B865F186E2A6C3B1DFA8EF94B698E<br>File Hash:<br>3EC63B845FD78BEA67181ACC9A6FBCCE4D0773C7046938A0DF54B170B3622622 | 09-09-2023 04:26:00 | Vixen | 09-08-2023 | 09-18-2023 | PA0002431077 |
| 11 | Info Hash: DEF4BF9062655DFD1A951CC92D1459592E3C6189<br>File Hash:<br>C3349504F1D4D296D02DFC191AD3FFFC30F8D7C1C2594847D78F2827BF96B1AD | 08-21-2023 08:56:18 | Tushy | 08-20-2023 | 09-18-2023 | PA0002430899 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 5FB2D38AFBA623B5B9E2760B53131C0CE197D12A<br>File Hash: D72AE4DAB5B074349419AA633DBC8A95FACCF48F206E9923B0E1749FAD78C213 | 08-17-2023 08:13:02 | TushyRaw | 08-16-2023 | 09-18-2023 | PA0002431113 |
| 13 | Info Hash: E6ED7378034DC69D6739D86444948BE39CA23FB2<br>File Hash: AC8C2098D269AB78C871FAC10390C3C829B3A9A0BF191A8257AB9F973C08328A | 08-12-2023 09:35:08 | Vixen | 08-11-2023 | 10-18-2023 | PA0002435601 |
| 14 | Info Hash: 57828C6B503D6809501A2F85DAEF79CFA6F28DF3<br>File Hash: 77F11A502E64DC944A9B3D856737702A3FEE86E6B67A1D8CF983EE38C9A9F760 | 08-11-2023 08:23:56 | Tushy | 09-08-2018 | 10-16-2018 | PA0002127788 |
| 15 | Info Hash: C494AFD7D033E55171228F9F02B7FEE4923D474B<br>File Hash: D382E62D352B05B00F8DAECE4826149EA04A2FA574FABDE5D7F20E720CF01A23 | 08-10-2023 08:07:00 | TushyRaw | 08-09-2023 | 08-17-2023 | PA0002425525 |
| 16 | Info Hash: 1F107E1A8E5DD2829B2036749C1C737DCB43EBC6<br>File Hash: 85D38632B817893FAF32D5AB9E930921D4C5F8096D76DD8A9A08EF50DBFC4EFB | 08-08-2023 08:41:20 | Blacked Raw | 08-07-2023 | 08-17-2023 | PA0002425526 |
| 17 | Info Hash: 0DA4881752656351D99F6C43CAA68EDA9021691F<br>File Hash: D92B9769CF4D6E7DD37F148F2C962FE33326349C78F9BF1A7AC17E7AB9B05BBF | 08-07-2023 08:21:00 | Tushy | 08-06-2023 | 08-17-2023 | PA0002425539 |
| 18 | Info Hash: D02FB82D96955461346281C808510C74E35D6C3A<br>File Hash: 99DC55A0ACC063679BE5ECF52962109E95ADEBCB3AD5260C60103E4BAB3E405E | 08-06-2023 09:43:40 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 19 | Info Hash: ADDDE19592E887A70203B223F447D01AE5293C7A<br>File Hash: 24B5992CF30537B41FBB85F79078949A78CF72F6EF6866A09F3555947F9E9AA5 | 08-05-2023 09:30:28 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 20 | Info Hash: 5D15D3B132C59762A4B38CE62D82142035DDE9E1<br>File Hash: 2125C0F0C01FA377B1941E1E4EEA301FDD02C287D8F965F881C23D54C66270DC | 08-04-2023 08:52:04 | Tushy | 03-27-2017 | 06-05-2017 | PA0002050767 |
| 21 | Info Hash: 350F0E3DB2A4B7FFEB8A26DE02B96970B34A3DC3<br>File Hash: D26B803407E334D9ACE6EED3B349330ABEB94F02438C47577359AEDCEEB7DE83 | 08-03-2023 08:59:34 | TushyRaw | 08-02-2023 | 08-17-2023 | PA0002425540 |
| 22 | Info Hash: FE52EEE40EA8AE53AD6A36C78D53CE15B79ACC25<br>File Hash: 9BDE10B6C584274BD7764044657BBE80F23A0DAA9FE730EFBE667AA76DEE31E0 | 07-31-2023 09:37:56 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 23 | Info Hash: 489ADCB5064B671CC7E27E8164B9E39EC8BE4EAF<br>File Hash: 728D6C468EE8C6445CA37ED0C43623449BDA7DA9CDBBB4473418D8511826984F | 07-31-2023 09:31:57 | Tushy | 07-30-2023 | 08-17-2023 | PA0002425542 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 9E9890A7621282EA9563C9C7C02570C6EF6171AD<br>File Hash: CF2FC685A214682F1F99E57602D3B7ECE26C23AC5674EAF92BBFC7D2E00F77A2 | 07-24-2023 09:52:31 | Tushy | 07-23-2023 | 08-17-2023 | PA0002425533 |
| 25 | Info Hash: 4A21712A745278CA1D29BD932E3B723CE58DCFDD<br>File Hash: 4CCEC080D491523742C4CE3EFA60C1EAE4A3941785A881860DE706E2657BE1CD | 07-23-2023 09:23:12 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 26 | Info Hash: DFB3D44F07D8385CF5A92EBE9ECC158F8E620DD4<br>File Hash: 275D5703ACF495A355ECC4835F4BB5DAEF0FAB463CC730C89246B7B24CD50507 | 07-22-2023 09:24:55 | Vixen | 07-21-2023 | 08-17-2023 | PA0002425767 |
| 27 | Info Hash: 292D8D46FB5954EA4321D9E79E5360593E544F63<br>File Hash: AB9848BDC9C6936E68512A4A93BD50662030F72D7BD6EF3FCDEB98EB567C19D0 | 07-15-2023 09:14:54 | Vixen | 07-14-2023 | 08-17-2023 | PA0002425769 |