UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 66.68.184.230,<br><br>    Defendant. | Civil Case No. 1:23-cv-01298-RP |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 66.68.184.230, are voluntarily dismissed with prejudice.

Dated: February 21, 2024                             Respectfully submitted,

                                                      By:  /s/ Paul S. Beik

                                                         Paul S. Beik
                                                         Beik Law Firm PLLC
                                                         917 Franklin Street, Suite 220
                                                         Houston, Texas  77002
                                                         Tel: (713) 869-6975
                                                         Fax: (713) 583-9169
                                                         paul@beiklaw.com
                                                         www.beiklaw.com

                                                      **ATTORNEY FOR PLAINTIFF,**
                                                      **STRIKE 3 HOLDINGS, LLC**